## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Borough of Middletown, | : | |
| Petitioner | : | **CASES CONSOLIDATED** |
| | : | |
| v. | : | No. 1450 C.D. 2021 |
| | : | |
| Pennsylvania Public Utility | : | |
| Commission, | : | |
| Respondent | : | |
| | | |
| Metropolitan Edison Company, | : | |
| Petitioner | : | |
| | : | |
| v. | : | No. 36 C.D. 2022 |
| | : | |
| Pennsylvania Public Utility | : | |
| Commission, | : | |
| Respondent | : | |

## PER CURIAM     O R D E R

NOW, October 3, 2023, upon consideration of Intervenor Librandi Machine Shop, Inc.'s application for reargument, and Petitioner's and Intervenor Metropolitan Edison Company's answers in response thereto, the application is DENIED.